COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-431-CV

 

IN RE DAVID MICHAEL SHEID                                                   RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that the petition is moot
because the trial court granted relator=s bill
of review in the underlying proceeding. 
Accordingly, relator=s
petition for writ of mandamus is dismissed as moot.

 

PER CURIAM

 

 

PANEL: 
MCCOY, DAUPHINOT, and GARDNER, JJ.

 

DELIVERED: 
January 20, 2009











    [1]See
Tex. R. App. P. 47.4.